UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HEILAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br>THE CAMPBELL'S COMPANY, d/b/a KETTLE BRAND,,<br><br>Defendant. | No. 1:26-cv-6598-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 8) |

On October 20, 2026, the parties filed a stipulation seeking an extension of time for Defendant to respond to the complaint. (ECF No. 8). The stipulation provides the following

> Plaintiff Diana Heiland ("Plaintiff") and Defendant The Campbell's Company ("Defendant"), subject to the approval of this Court, hereby submit the following Joint Stipulation extending Defendant's time to file a response to the Complaint:
>
> WHEREAS, on August 18, 2026, this action was filed in this Court (ECF No. 1);
>
> WHEREAS, on August 25, 2026, Defendant executed a Rule 4 waiver;
>
> WHEREAS, Defendant's deadline to respond to the Complaint is currently October 26, 2026;
>
> WHEREAS, good cause exists for this extension. Four additional actions are currently pending in other jurisdictions regarding the same theory of liability as in the Complaint. See Wallner v. The Campbell's Company, Case No. 1:26-cv-11418 (N.D. Ill. filed September 17, 2026); Bautista v. Snyder's-Lance, Inc., Case No. 3:26-cv-10580-TSH (N.D. Cal. filed Aug. 13, 2026; removed Sept. 16, 2026)1; Gianne, et al. v. The Campbell's Company d/b/a Kettle Brand, Case No. 3:26-cv-05306AJB-VET (S.D. Cal. filed Sept. 15, 2026); Byrne-Haber v. Snyder's Lance, Inc., et al., Case No. 5:26cv-11464 (N.D. Cal. filed October 6, 2026). The parties in these cases are or soon will be in discussions regarding whether consolidation of the actions is appropriate and the means by which they can accomplish consolidation. To permit time to consider a potential consolidation of the cases, and to preserve judicial and party

> resources while that process unfolds, Defendant has requested a 60-day extension of time to respond;
>
> WHEREAS, the parties conferred and agreed that Defendant shall have until December 28, 2026, to answer or otherwise respond to the Complaint;
>
> WHEREAS, this is the first request for an extension of time to respond to Plaintiff's Complaint and no other parties are affected by this stipulation;
>
> WHEREAS, the change to the response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure, and will not prejudice any party;
>
> NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, by and between the parties, through their respective counsel, that Defendant shall respond to the Complaint on or before December 28, 2026.

(*Id.*).

Upon consideration, the Court shall grant the parties' stipulation and HEREBY ORDERS the following:

1. Defendant shall respond to the complaint no later than December 28, 2026.
2. In order to better reflect the posture of the proceedings, the Court shall continue the currently set November 19, 2026, initial scheduling conference to February 11, 2027 at 10:00 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **October 20, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE